# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | **CV 26-00782 FMO (SSCx)** | Date | **February 12, 2026** |
|---|---|---|---|
| Title | **Michael Tier, et al. v. CRE Acquisitions, LLC, et al.** | | |

Present: The Honorable    Fernando M. Olguin, United States District Judge

| Vanessa Figueroa | None | None |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorney Present for Plaintiffs: | Attorney Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:**        **(In Chambers) Order to Show Cause Re: Subject Matter Jurisdiction**

On January 26, 2026, Michael Tier and Arelius, LLC (collectively, "plaintiffs") filed their Complaint asserting claims for breach of contract, breach of the implied covenant of good faith and fair dealing, and unjust enrichment against CRE Acquisitions, LLC, Wealth Training Group, Inc., and Terry Hale. (See Dkt. 1, Complaint at ¶¶ 45-82). Plaintiffs' Complaint is insufficient to establish diversity jurisdiction. Accordingly, IT IS ORDERED THAT no later than **February 19, 2026**, plaintiffs shall file a First Amended Complaint demonstrating the court's subject matter jurisdiction. The Order to Show Cause will stand submitted upon the filing of a First Amended Complaint that addresses the issues raised in this Order on or before the date indicated above. Failure to file the First Amended Complaint by the deadline set forth above shall be deemed as consent to dismissal of the action without prejudice for lack of subject matter jurisdiction.

|  | 00 | : | 00 |
|---|---|---|---|
| Initials of Preparer | | vdr | |